

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2018

No. 04-16-00838-CR

Avie Lee **LOZANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR8489
Honorable Sid L. Harle, Judge Presiding

## O R D E R

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice

The court's opinion and judgment in this appeal issued June 20, 2018. Appellant has filed a pro se "Motion for Reduction of Sentence." In the motion, it appears appellant is attempting to raise new appellate issues. We **DENY** appellant's motion.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2018.

_____
Keith E. Hottle
Clerk of Court